# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MORGAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL PAYMENTS CHECK SERVICES, INC.,<br><br>Defendant. | Case No. 2:17-cv-01771-JAM-CMK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. John A. Mendez |

Pursuant to the stipulation of the parties, and good cause appearing therein,

**IT IS HEREBY ORDERED** that Defendant Global Payments Check Services, Inc. shall have up to and including November 9, 2017 to respond to Plaintiff Diane Morgan's Complaint [D.E. 1].

**IT IS SO ORDERED.**

Dated: 10/25/17                                /s/ John A. Mendez_____
                                                       HON. JOHN A. MENDEZ
                                                       United States District Court Judge

---